<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 98-1468

---

CARL DAVID MENDLOW,

Plaintiff - Appellant,

versus

STATE OF MARYLAND; KINKOS, Rockville, Mary-
land; EMPLOYEES OF KINKOS, Rockville, Mary-
land; OFFICERS, AB, CD, Maryland Police;
EMPLOYEES, A.B.C.D. Seven Locks Facility; EM-
PLOYEES, A.B.C.D. Unknown Hospital in Central
Maryland; JUDGE MONAHAN, of the District Court
of Maryland; YALE UNIVERSITY, School of Medi-
cine; UNIVERSITY OF WASHINGTON, Schools of Law
& Medicine,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Andre M. Davis, District Judge. (CA-98-
408-AMD)

---

Submitted: July 22, 1998      Decided: August 5, 1998

---

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Carl David Mendlow, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Mendlow v. Maryland, No. CA-98-408-AMD (D. Md. Feb. 26, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED